

**GREEN · SEIFTER**
ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549*

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.
———
OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE **
SIDNEY L. MANES
———
CECELIA R.S. CANNON
PAUL J. DOMINSKI
EMILEE K. LAWSON HATCH ***
JULIA J. MARTIN
VICTOR L. PRIAL
DAVID C. TEMES
JOSHUA S. WERBECK
———
ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004
———
ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO MA BAR ***
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ◆

September 1, 2011

Clerk, U.S. Bankruptcy Court
Northern District of New York
220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

**Re:  Pandian P. Vibooshanan and Shantha L. Pandian**
**     Case No.: 06-33025**

Dear Clerk:                                    9/2/11  mo

Enclosed please find a check in the amount of 3.80 representing funds payable to claimants.  For your convenience, I have enclosed a Claims Distribution Small Checks report with the names and addresses for each claimant included in the check.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

Carolyn A. Murphy, Paralegal
to Michael J. Balanoff, Trustee

CAM/
Encl.
1619890.1

#61100402

FILED

SEP - 2 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

RECEIVED

SEP - 2 2011

WWW.GSLAW.COM

Printed: 08/31/11 09:25 AM

# Claims Distribution Small Checks

Page: 1

## Trustee: MICHAEL J. BALANOFF (520830)

Case: 06-33025 - VIBOOSHANAN, PANDIAN P.

| Account No. | Check No. Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| 9200003049066 | 116 08/31/11 | Payee: | | U.S. BANKRUPTCY COURT CLERK | | | Check Amount: | $3.80 |
| | 5 | 05/11/06 | 610 | National Grid 300 Erie Blvd W C-3 Syracuse, NY 13202 | 289.55 | 289.55 | 2.60 | 2.60 |
| | 7 | 05/16/06 | 610 | Verizon/RMCC P.O. Box 6360 Syracuse, NY 13217 | 134.00 | 134.00 | 1.20 | 1.20 |

FILED

SEP – 2 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

RECEIVED

SEP – 2 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

(*) Denotes objection to Amount Filed